

F I L E D

FEB 1 8 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 26 CR 0 0 6 3 JDR |
| **Plaintiff,** | **INDICTMENT** |
| | **[18 U.S.C. §§ 922(g)(1) and** |
| **v.** | **924(a)(8) – Felon in Possession of a** |
| | **Firearm;** |
| **AMBER RENEE LONG,** | **Forfeiture Allegation: 18 U.S.C.** |
| | **§ 924(d)(1) and 28 U.S.C. § 2461(c)** |
| **Defendant.** | **– Firearms Forfeiture]** |

**THE GRAND JURY CHARGES:**

On or about October 31, 2025, in the Northern District of Oklahoma, the

defendant, **AMBER RENEE LONG**, knowing she had previously been convicted of

at least one of the following crimes punishable by imprisonment for terms exceeding

one year:

1. Assault and Battery with a Dangerous Weapon, Case No. CF-2016-04443, in the District Court of Tulsa County, State of Oklahoma, on May 30, 2017;

2. Possession of Stolen Vehicle (Count One), Case No. CF-2013-06403, in the District Court of Tulsa County, State of Oklahoma, on June 3, 2014;

3. Falsely Personate Another to Create Liability (Count Two), Case No. CF-2013-06403, in the District Court of Tulsa County, State of Oklahoma, on June 3, 2014;

4. Grand Larceny, Case No. CF-2013-03013, in the District Court of Tulsa County, State of Oklahoma, on June 3, 2014;

5. Knowingly Receiving/Concealing Stolen Property (Count One), Case No. CF-2012-00774, in the District Court of Tulsa County, State of Oklahoma, on September 28, 2012;

6. Petit Larceny After Former Conviction of Felony (Count Two), Case No. CF-2012-00774, in the District Court of Tulsa County, State of Oklahoma, on September 28, 2012;

7. Assault and Battery with a Dangerous Weapon (Count One), Case No. CF-2008-05309, in the District Court of Tulsa County, State of Oklahoma, on August 17, 2009;

8. Kidnapping (Count Two), Case No. CF-2008-05309, in the District Court of Tulsa County, State of Oklahoma, on August 17, 2009; and

9. Assault and Battery with a Dangerous Weapon (Count Three), Case No. CF-2008-05309, in the District Court of Tulsa County, State of Oklahoma, on August 17, 2009,

knowingly possessed in and affecting interstate and foreign commerce the following

firearm and ammunition:

1. A Ruger, Model LCP, .380 caliber pistol, serial number 372313029; and

2. One round of Winchester .380 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

The allegation contained in this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Indictment, as a part of the sentence, the defendant, **AMBER RENEE LONG**, shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of such offense. The property to be forfeited includes, but is not limited to:

**FIREARM AND AMMUNITION**

1. A Ruger, Model LCP, .380 caliber pistol, serial number 372313029; and

2. One round of Winchester .380 caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

CLINTON J. JOHNSON                          A TRUE BILL
United States Attorney


_____            _/s/ Grand Jury Foreperson_
CHRISTOPHER KELLY                           Grand Jury Foreperson
Assistant United States Attorney