UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 26-CR-63-JDR

AMBER RENEE LONG,

    Defendant.

### Order Granting Writ of Habeas Corpus Ad Prosequendum

Before the Court is the Petition for Writ of Habeas Corpus Ad Prosequendum (Dkt. #5) filed herein by Chris Kelly, Assistant United States Attorney, whereby it appears that AMBER RENEE LONG is defendant in a certain case in this Court, which is assigned for initial appearance, and her presence is required forthwith, and for the duration of this case. It further appearing that AMBER RENEE LONG is a prisoner and confined in the David L. Moss, Criminal Justice Center, Tulsa, Oklahoma and is under the control and in the charge and custody of the Sheriff Vic Regalado of said institution, and it appearing that a Writ of Habeas Corpus Ad Prosequendum ought to issue.

**IT IS THEREFORE ORDERED** that the petition (Dkt. #5) is **granted**. A Writ of Habeas Corpus Ad Prosequendum shall issue out of and under the seal of this Court, directed to the Sheriff Vic Regalado of the David L. Moss, Criminal Justice Center, Tulsa, Oklahoma commanding him to deliver the body of AMBER RENEE LONG to the United States Marshal for the Northern District of Oklahoma, or to a Deputy Marshal,

or to any federal law enforcement agent, upon delivery to said Sheriff Vic Regalado of said writ, and that the United States Marshal, deputy, or agent shall produce the body of AMBER RENEE LONG to the United States District Court forthwith, in a certain case wherein the United States of America is plaintiff and AMBER RENEE LONG is defendant, and that upon completion of this case, the United States Marshal, deputy, or agent shall return the body of AMBER RENEE LONG to the aforesaid Sheriff Vic Regalado.

Dated this 23rd day of February 2026.

_____
UNITED STATES DISTRICT JUDGE

CK/sk